UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RONALD D. McGLOTHLIN,<br><br>            Petitioner,<br><br>  vs.<br><br>MAGGIE MILLER STOUT,<br><br>            Respondent. | NO.  CV-07-3009-AAM<br><br>ORDER DISMISSING PETITION |

    By Order filed February 21, 2007, the court advised Petitioner of the deficiencies of his Habeas Corpus Petition and directed him to amend within sixty (60) days.  Specifically, Petitioner's challenge to his 1997 Yakima county conviction appeared to be time barred under 28 U.S.C. § 2244(d)(1).  Petitioner, a prisoner at the Airway Heights Correction Center, is proceeding pro se and in forma pauperis; Respondent has not been served.

    Although granted the opportunity to do so, Petitioner has presented no facts to delay the running of the limitations period or to statutorily or equitably toll it.  Accordingly, for the reasons set forth above and in the court's previous Order (Ct. Rec. 11), **IT IS ORDERED** the Petition is **DISMISSED with prejudice** as time-barred.

/ / /

ORDER DISMISSING PETITION -- 1

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment, and forward a copy to petitioner at his last known address, and **CLOSE** the file.

**DATED** this  15th  day of May 2007.


              s/ Alan A. McDonald
                ALAN A. McDONALD
                 SENIOR UNITED STATES DISTRICT JUDGE

ORDER DISMISSING PETITION -- 2